CHARLES BURNHAM SQUIER, Appellant, v. AUGUST S. HOUGHTON and Others, Individually and as Executors and Trustees, etc., of EDWIN M. SQUIER, Deceased, Respondents, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [131 Misc. 136.]

In the Matter of the Application of 40TH STREET & PARK AVENUE, INC., for a Peremptory Order of Mandamus against JAMES J. WALKER, as Mayor, etc., and Others.— Motion granted upon condition that the appellants procure the said appeal to be argued or submitted on the 15th day of March, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSE BAZIL v. PETER BAZIL.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CONSOLIDATED FILM INDUSTRIES, INC., v. ALFRED WEISS and Others.— Motion granted upon condition that appellant procure the appeal herein to be argued or submitted on the 15th day of March, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CONSOLIDATED SYRUP CORPORATION v. MEYER LITTMAN and Others.— Motion granted upon condition that appellant procure the appeal herein to be argued or submitted on the 15th day of March, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of MARY A. KIMMERLE, Deceased.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WALTER E. HELLER & COMPANY, Respondent, v. BRIARCLIFF LODGE HOTEL, INC., Appellant, Impleaded, etc.— Order modified by setting the cause down for trial for the 3d day of June, 1929, and as so modified affirmed, without costs, and without prejudice to an application to be made at Special Term for a stay of the trial pending an examination of the plaintiff before trial by the defendant. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ELEISE A. REAZEN, Appellant, v. SOLOMON GRUNFELD, Respondent, Impleaded etc.— Order affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

UNITED STATES CASUALTY COMPANY, Respondent, v. SAMUEL CHIEFFETZ and Others, Doing Business, etc., Appellants.— Order modified by further granting the motion as to item 6, and as so modified affirmed, with ten dollars costs and disbursements to the appellants. The bill of particulars to be served within ten days from service of this order with notice of entry thereof. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN C. MILNE, Respondent, v. ETHAN ALLEN, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements to appellant, and motion granted upon payment of a full bill of costs to date, including ten dollars costs of motion at Special Term; the cause to retain its place upon the calendar. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS OSINOFF, Appellant, v. GERT REALTY CORPORATION, Respondent, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.